UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DEIDRA LEAN MARIANO
ADC #755792                                                                                                    PLAINTIFF

v.                                              No. 4:16CV00794 JM/JTR

ROBERT DITTRICH,
Prosecuting Attorney, Arkansas County, et al.                                              DEFENDANTS

## ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Recommendation is approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Mariano's claims against Dittrich, Henry, and Arkansas County are dismissed without prejudice.

2. Mariano's claims against the NWACCC and the ADC are dismissed with prejudice.

3. The Clerk is directed to immediately transfer Mariano's conditions of confinement claim against Correctional Care Solutions, Inc., to the Fayetteville Division of the United States District Court for the Western District of Arkansas.

4. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

DATED this 12th day of January, 2017.

_____
UNITED STATES DISTRICT JUDGE